UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-36037

JASON SIMIONE,

    Plaintiff,

v.

DEPUTY RICKY LIBMAN in his individual
capacity as Deputy Sheriff of the Broward
County Sheriff's Office, DEPUTY LUIS RIVERA,
in his individual capacity as Deputy Sherff
of the Broward County Sheriff's Office,
MEGUMI HAGA, an individual person,
DONNA LEE PEPLIN, an individual person,
and DANA HEINSEN, an individual person

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, DEPUTY LUIS RIVERA, in his individual capacity as a Deputy Sheriff of the Broward County Sheriff's Office ("Defendant"), by and through undersigned counsel and pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, removes this action from the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, and states:

1.    Plaintiff has sued the Defendant in Counts I, II, and III of the Complaint for alleged deprivations of his federally protected rights under 42 U.S.C. §§ 1983 and 1985.

2.    The first pleading giving rise to a right to remove the action was Plaintiff's Complaint filed in the Circuit Court on October 12, 2018, and served on the Defendant on

November 13, 2018.

3. Pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), this Court has original jurisdiction over this action, as this action presents a "federal question" and seeks to redress the alleged deprivation of the Plaintiff's civil rights.

4. Pursuant to 28 U.S.C. §1441(a), 28 U.S.C. §1441(b), and 28 U.S.C. §1441(c), this action is properly removable to this Court.

5. In accordance with 28 U.S.C. §1446 (b)(2)(A), counsel for Defendant has conferred with all Defendants that have appeared in this action (MEGUMI HAGA and DONNA LEE PEPLIN) and is authorized to represent that all Defendants joined in the action have consented to the removal of the action.[1]

6. A copy of the Complaint together with copies of the papers filed in this proceeding with the Clerk of the Court for Seventeenth Judicial Circuit in and for Broward County, Florida, are attached as Exhibit "A."

7. Venue is proper in this Court because the alleged conduct occurred within the Southern District of Florida.

8. Defendant has filed a notice of removal with the Clerk of the Court for Seventeenth Judicial Circuit in and for Broward County, Florida, in accordance with 28 U.S.C. §1446(d).

---

[1] Defendant, Ricky Libman, has not yet been served. The undersigned will be representing Deputy Libman. On information and belief, Dana Heinsen has not yet been served.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendants Libman and Rivera**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:   (954) 463-0100
Facsimile:   (954) 463-2444


BY:   *s/Christopher J. S*tearns
          CHRISTOPHER J. STEARNS
          Florida Bar Number:  557870
          MICHAEL R. PIPER
          Florida Bar Number:  710105

## SERVICE LIST

**Joseph W. Gibson, Jr., Esq.**
JOSEPH W. GIBSON, JR., P.A.
*Attorney for Plaintiff*
19 West Flagler Street, Suite 417
Miami, Florida 33130
Telephone:	(305) 377-2525
Facsimile:	(305) 675-2446
joseph.gibson@bellsouth.net

---

**Christopher J. Stearns, Esq.**
**Michael R. Piper, Esq.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
*Attorneys for Defendants Libman and Rivera*
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone.:	(954) 463-0100
Facsimile.:	(954) 463-2444
stearns@jambg.com / blouin@jambg.com