**Jason Simione**     Plaintiff   vs. Deputy Ricky Libman, et al     **Defendant**

Broward County Case Number: CACE18024246

State Reporting Number: 062018CA024246AXXXCE

Court Type: Civil Division - Circuit Court

Case Type: Other

Incident Date: N/A

Filing Date: 10/12/2018

Court Location: Central Courthouse

Case Status: Pending

Magistrate Id / Name: N/A

Judge ID / Name: 04 Perlman, Sandra

## Party(ies)  Total: 6

| Party Type | Party Name | Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Simione, Jason** | | ★ Gibson, Joseph W<br>Retained<br>Bar ID: 344494<br>Joseph W. Gibson, PA<br>19 West Flagler Street<br>Suite 417<br>Miami, FL 33130 |
| Defendant | **Deputy Luis Rivera** | | |
| Defendant | **Deputy Ricky Libman** | | |
| Defendant | **Haga, Megumi** | | |
| Defendant | **Heinsen, Dana** | | |
| Defendant | **Peplin, Donna Lee** | | |

## Disposition(s)  Total: 0

There is no Disposition information available for this case.

— Event(s) & Document(s)                                                                                    Total: 15

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 11/20/2018 | **Motion to Dismiss** | Party: *Defendant* Haga, Megumi | 📄 | 2 |
| 11/13/2018 | **Response** | Party: *Defendant* Peplin, Donna Lee | 📄 | 1 |
| 10/15/2018 | **Filing Fee** | Payor: JOSEPH GIBSON ; Userid: CTS-fg/t ; Receipt: 20181FA1A138982; ; Amount: $401.00 | | |
| 10/15/2018 | **Summons Issued Fee** | Payor: JOSEPH GIBSON ; Userid: CTS-fg/t ; Receipt: 20181FA1A138982; ; Amount: $10.00 | | |
| 10/15/2018 | **Summons Issued Fee** | Payor: JOSEPH GIBSON ; Userid: CTS-fg/t ; Receipt: 20181FA1A138982; ; Amount: $10.00 | | |
| 10/15/2018 | **Summons Issued Fee** | Payor: JOSEPH GIBSON ; Userid: CTS-fg/t ; Receipt: 20181FA1A138982; ; Amount: $10.00 | | |
| 10/15/2018 | **Summons Issued Fee** | Payor: JOSEPH GIBSON ; Userid: CTS-fg/t ; Receipt: 20181FA1A138982; ; Amount: $10.00 | | |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 10/15/2018 | Summons Issued Fee | Payor: JOSEPH GIBSON ; Userid: CTS-fg/t ; Receipt: 20181FA1A138982; ; Amount: $10.00 | | |
| 10/12/2018 | Civil Cover Sheet | | 📄 | 2 |
| 10/12/2018 | Complaint (eFiled) | VERIFIED<br>Party: *Plaintiff* Simione, Jason | 📄 | 16 |
| 10/12/2018 | eSummons Issuance | Party: *Defendant* Deputy Ricky Libman | 📄 | 4 |
| 10/12/2018 | eSummons Issuance | Party: *Defendant* Deputy Luis Rivera | 📄 | 4 |
| 10/12/2018 | eSummons Issuance | Party: *Defendant* Haga, Megumi | 📄 | 4 |
| 10/12/2018 | eSummons Issuance | Party: *Defendant* Peplin, Donna Lee | 📄 | 4 |
| 10/12/2018 | eSummons Issuance | Party: *Defendant* Heinsen, Dana | 📄 | 4 |

**− Hearing(s)**    Total: 0

There is no Hearing information available for this case.

**− Related Case(s)**    Total: 0

There is no related case information available for this case.